Morgan, Lewis & Bockius LLP
502 Carnegie Center
Princeton, NJ 08540
Tel: 609.919.6600
Fax: 609.919.6701
www.morganlewis.com

# Morgan Lewis
COUNSELORS AT LAW
A Pennsylvania Limited Liability Partnership

ROBERT A. WHITE
Partner-in-Charge

**Thomas A. Linthorst**
609.919.6642
tlinthorst@MorganLewis.com

June 14, 2010

JUN 15 2010

<u>**VIA FACSIMILE (212) 805-7948**</u>
Honorable Richard J. Holwell, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   Palacio v. E*TRADE Financial Corp. et al., Civil Action No. 10-cv-4030 (RJH)

Dear Judge Holwell:

This firm represents Defendants E*TRADE Financial Corporation and E*TRADE Brokerage Services, Inc. (collectively "Defendants") in the above-referenced matter. Defendants respectfully request an extension of the time within which to move, answer or otherwise respond to Plaintiff's Complaint. According to the docket, Defendants' response is due to be served and filed on June 15, 2010. Defendants request an additional fourteen days – until **June 29, 2010** – to respond to the Complaint. This is Defendants' first such request and has been consented to by Plaintiff's counsel.

Respectfully submitted,

*/s/ Thomas A. Linthorst*

Thomas A. Linthorst

SO ORDERED:

*/s/ Richard J. Holwell*

Honorable Richard J. Holwell
United States District Judge
6/18/10

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/21/10

DB1/64997705.1